Ross C. Goodman, Esq.
Nevada Bar No. 7722
**GOODMAN LAW GROUP**
**A Professional Corporation**
520 S. Fourth St., 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email: ross@rosscgoodman.com
*Attorneys for Plaintiff/Petitioner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIO CESAR CHAVEZ, JR., <br><br> Plaintiff/Petitioner, <br><br> vs. <br><br> BOB BENNETT, Executive Director for the Athletic Commission of the Department of Business and Industry, State of Nevada; and NEVADA STATE ATHLETIC COMMISSION <br><br> Defendants/Respondents. | Case No.: **2:19-cv-02105-JAD-VCF** <br><br> **ORDER GRANTING STIPULATION TO REMAND** <br><br> [ECF No. 4] |

COMES NOW, Plaintiff/Petitioner JULIO CESAR CHAVEZ, JR., by and through, ROSS C. GOODMAN, ESQ., Goodman Law Group, P.C., and Defendants Bob Bennett, Executive Director for the Athletic Commission of the Department of Business and Industry, State of Nevada, and Nevada State Athletic Commission (collectively hereinafter "Defendants"), by and through, CRAIG A. NEWBY, ESQ., Deputy Solicitor General, Office of the Attorney General, hereby stipulate and agree as follows:

1. On December 2, 2019, Plaintiff field a Verified Complaint for Declaratory and Injunctive Relief along with an Application for a Temporary Restraining Order and Motion for

Preliminary Injunction.

2. On December 4, 2019, the state court judge granted Plaintiff's order shortening time, scheduling a hearing on December 12, 2019 at 9:00 a.m. for Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction.

3. On December 9, 2019, Defendants filed a Notice of Removal pursuant to 28 U.S.C. § 1441(a).

4. On December 10, 2019, Plaintiff filed an amended complaint as a matter of course pursuant to Rule 15(a), Federal Rules of Civil Procedure, removing any claims of violations of substantive due process under the United States Constitution.

5. On December 10, 2019, Plaintiff's counsel contacted Defendants counsel pursuant to Local Rule 7-4 in an attempt to avoid filing an Emergency Motion to Remand.

6. On December 11, 2019, the parties met and conferred and agreed that there is no longer a federal question and stipulate to remand this matter to state court.

7. Plaintiff's counsel is seeking to re-notice the hearing in state court in advance of the super middleweight contest scheduled on December 20, 2019 at Talking Stick Resort Arena in Phoenix, Arizona, which Plaintiff contends is at risk of cancellation due to Defendants extending the temporary suspension against Plaintiff.

DATED: December 11, 2019

*/s/ Ross C. Goodman, Esq.*
Ross C. Goodman, Esq., Bar No. 7722
520 South Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
***Attorney for Plaintiff***

DATED: December 11, 2019

*/s/ Craig A. Newby, Esq.*
Craig A. Newby, Esq., Bar No. 8591
100 N. Carson Street
Carson City, Nevada 89701
***Attorneys for Defendants***

Goodman Law Group
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

**ORDER**

Pursuant to the above stipulation of the parties,

**IT IS HEREBY ORDERED** that this case is remanded to the Eighth Judicial District Court, Clark County.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 11, 2019

Respectfully submitted by:

*/s/ Ross C. Goodman, Esq.*
Ross C. Goodman, Esq.,
Nevada Bar No. 7722
520 South Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
***Attorney for Plaintiff***

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088